UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. JOSE J. LINARES |
| | : CRIMINAL NO. 04-134 |
| V. | : |
| | : **AMENDED** |
| | : **JUDGMENT OF CONVICTION** |
| SHAWN HAMLET | : |

This matter having been opened to the Court by the defendant, Shawn Hamlet, by his attorney, K. Anthony Thomas, Assistant Federal Public Defender, with the government's consent, to modify the Judgment of Conviction filed on October 5, 2005, and for good cause shown;

WHEREFORE, it is on this 28th day of March, 2011,

ORDERED that Mr. Hamlet's Judgment of Conviction filed on October 5, 2005, is hereby amended to reflect what was pronounced on October 5, 2005;

IT IS ORDERED that Mr. Hamlet's term of imprisonment, imposed on October 5, 2005, should have begun on October 5, 2005, pursuant to the Court's instructions at Mr. Hamlet's sentencing.

_____
HONORABLE JOSE J. LINARES
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the above Order.

PAUL J. FISHMAN
United States Attorney

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
K. Anthony Thomas
Assistant Federal Public Defender